UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

RICHARD D. WROLEN,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 09-cv-51-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision thereon,

IT IS HEREBY ORDERED AND ADJUDGED that Petitioner Richard Wrolen's Motion to Vacate, Set Aside, or Correct Sentence (Doc. 1) pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of Respondent United States of America and against Wrolen, and that this case is dismissed with prejudice.

**DATED: July 27, 2010**

    **NANCY ROSENSTENGEL**

    By: s/Jina D. Hoyt,
    Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**